# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case Nos. 3:04CR301(JCH)** |
| | : | **and 3:06CR194(JCH)** |
| v. | : | |
| | : | |
| **BABAR AHMAD and** | : | |
| **SYED TALHA AHSAN** | : | **June 13, 2013** |

## UNITED STATES' MOTION TO EXTEND TIME

The United States respectfully requests that the Court extend the time for the government

to file supplemental briefing in connection with its Second Classified *In Camera*, *Ex Parte*

Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act

and Rule 16(d)(1) of the Federal Rules of Criminal Procedure ("Second CIPA Section 4

Motion") until July 1, 2013.   In support of this motion, the United States represents that:

1.      The government's Second CIPA Section 4 Motion was filed on March 29, 2013,

seeking a protective order authorizing the government to produce in discovery

classified summaries of certain classified information in lieu of the original

classified material, and to delete other specified classified material from

discovery.   On May 29, 2013, the Court held an *in camera*, *ex parte* conference

with the government regarding the motion.   On the same date, government

counsel requested a transcript of the conference so as to enable preparation of a

supplemental brief for the Court that is responsive to the issues discussed at the

conference.

2.      At a telephonic status conference on June 7, 2013, the Court directed the

government to submit its supplemental brief on June 24, 2013, based on the belief

that the transcript would be made available to the government, through the

Classified Information Security Officer, on approximately June 10, 2013.

4.      On June 11, 2013, the Classified Information Security Officer notified

government counsel that the transcript would not be made available until after

close of business on June 14, 2013.    In light of the delayed production of the

transcript, the government requests additional time in order to prepare a

submission that thoroughly addresses all of the issues raised at the May 29, 2013

conference.

3.      Pursuant to the local rules, government counsel has conferred with counsel for the

defendants, who indicated that they have no objection to this request. This is the

government's first request for additional time.

For the reasons stated above, the government respectfully requests that the Court extend

the time for the government's supplemental brief in connection with its Second CIPA Section 4

Motion until July 1, 2013.

Respectfully submitted,

DEIRDRE DAILY
ACTING UNITED STATES ATTORNEY

/s/

RAY MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20451
United States Attorney's Office
157 Church Street, 23d Floor
New Haven, Connecticut 06510
(203) 821-3700/ (203) 773-5977 (fax)
Ray.Miller2@usdoj.gov

/s/

ALEXIS L. COLLINS
TRIAL ATTORNEY CTS-DOJ
Washington, D.C. Bar No. 474599
National Security Division
United States Department of Justice
Main Justice Building
950 Pennsylvania Ave, NW Room 7300
Washington, D.C. 20530
(202) 353-3862/ (202) 353-9836 (fax)
Alexis.Collins@usdoj.gov

## **CERTIFICATION**

I hereby certify that on June 13, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/S

RAY MILLER
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Connecticut
Federal Bar No. CT 01503